PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

          **v.**                    **Docket # 4:12cr3132**

_Philander Dermont Jenkins_

On September 16, 1999 Mr. Jenkins was sentenced to 180 months custody, to be followed by 5 years of supervised release. The period of supervised release commenced on November 10, 2009. Mr. Jenkins has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

          Respectfully submitted,

          U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of July, 2013.

          John M. Gerrard  
          United States District Judge